DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WEYMAN T. BOWERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-392

_____

September 8, 2021

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Weyman T. Bowers, pro se.

Ashley Moody, Attorney General, Tallahassee, and James Aaron Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, ATKINSON, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.